MN-305



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:  John M. Nikoloff
Chapter 7 Case No.   08-33424

Please Check One:
☐   Unclaimed Dividends
☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC, its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | 4 | 80.90 | 2.67 |

Date:   June 9, 2010                          _____
                                                              Trustee

